People v Busch (2022 NY Slip Op 50952(U))

[*1]

People v Busch (Jonathan)

2022 NY Slip Op 50952(U) [76 Misc 3d 136(A)]

Decided on September 30, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 30, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, Michael, JJ.

570391/16
The People of the State of
New York, Respondent, 
against
Jonathan Busch, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Heidi C. Cesare, J.), rendered May 23, 2016, convicting him, upon his plea of
guilty, of disorderly conduct, and imposing sentence.

Per Curiam.
Judgment of conviction (Heidi C. Cesare, J.), rendered May 23, 2016, reversed, as a matter
of discretion in the interest of justice, accusatory instrument dismissed, and surcharge, if paid,
remitted.
The People, in the exercise of their broad prosecutorial discretion, have agreed that the
accusatory instrument should be dismissed under the particular circumstances of the case and in
light of recent legislation amending Penal Law § 265.01 to effectively decriminalize the
simple possession of gravity knives, notwithstanding that this law does not apply retroactively
(see People v Caviness, 176 AD3d 522 [2019], lv denied 34 NY3d 1076 [2019]).
We agree, and we do not reach any other issues.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: September 30, 2022